UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GARRETT TAYLOR,<br><br>        Plaintiff,<br><br>   v.<br><br>JAIME HOWELL,<br><br>        Defendant. | No. CV-05-350-FVS<br><br>ORDER OF DISMISSAL |

**On** August 15, 2007, this Court Ordered the parties to show cause why this matter should not be dismissed for failure to prosecute.  A review of the file shows that there has been no response to the Court's Order to Show Cause.  Now, therefore

**IT IS HEREBY ORDERED** that this case is dismissed without prejudice for failure to prosecute.

**IT IS SO ORDERED:**  The District Court Executive is hereby directed to enter this order, **close** this file and furnish copies to

**DATED** this ___17th___ day of April, 2008.

                                        s/ Fred Van Sickle
                                           Fred Van Sickle
                                 United States District Judge

ORDER OF DISMISSAL - 1